# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 25, 2015

149980

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

    SC: 149980
    COA: 321962
    Berrien CC: 2013-015216-FH

ROBERT EDWARD LUTHER, JR.,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the July 2, 2014 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 25, 2015



Clerk

p0318